IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__AUSTIN__ DIVISION

FILED
JUN 2 2 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

__Ebony Runnels   # 1653777__
Plaintiff's name and ID Number

__Nathaniel Neal Unit__
Place of Confinement

V.

__Rick Thaler, Director, TDCJ-CID__
Defendant's name and address

A12CV0552 SS
CASE NO._____
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Ebony Runnels__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?           Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments? Yes ☐   No ☒
   d. Gifts or inheritances?                          Yes ☐   No ☒
   e. Family or friends?                              Yes ☒   No ☐
   f. Any other sources?                              Yes ☐   No ☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __Inmate Trust Fund Account Bal. 175.51__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☒   No ☐

   If you answered YES to any of the questions above, state the total value of the items owned.

   __Inmate Trust Fund Account Bal 175.51__

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐    No ☒

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __13th__ day of __June__, 20 __12__.

_____     __1653777__
Signature of Plaintiff                ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           06/13/12
KN34/GWH5948                  IN-FORMA-PAUPERIS DATA                 15:04:32
TDCJ#: 01653777 SID#: 04211777 LOCATION: NEAL         INDIGENT DTE:
NAME: RUNNELS,EBONY                    BEGINNING PERIOD: 12/01/11
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         175.51 TOT HOLD AMT:         0.00 3MTH TOT DEP:    315.00
6MTH DEP:            676.02 6MTH AVG BAL:       148.63 6MTH AVG DEP:   112.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/12       286.57         100.00       02/12       231.12         261.02
04/12       202.32         165.00       01/12       120.00          50.00
03/12       231.12          50.00       12/11       186.75          50.00
PROCESS DATE   HOLD AMOUNT      HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Potter_
ON THIS THE _13th_ DAY OF _June_, _12_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT.  NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _01653777_ OR SID NUMBER: _____



Gerald Wayne Whitfield, Jr.
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 06-07-2015
NOTARY WITHOUT BOND